**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-6724**

―――――――――

TRAVIS L. WATSON,

        Plaintiff - Appellant,

    v.

DETECTIVE ALTIZER,

        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:17-cv-00934-LCB-LPA)

―――――――――

Submitted:  October 2, 2023                     Decided: November 17, 2023

―――――――――

Before WILKINSON and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Travis L. Watson, Appellant Pro Se.  Polly Sizemore, CITY OF GREENSBORO LEGAL DEPARTMENT, Greensboro, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson appeals the district court's judgment in favor of the Defendants following a bench trial on Watson's 42 U.S.C. § 1983 action. We have reviewed the record, and Watson's arguments on appeal, and find no reversible error. Accordingly, we affirm the district court's judgment and deny Watson's motion to consolidate this appeal with other appeals he has filed in this court. *Watson v. McPhatter*, No. 1:17-cv-00934-LCB-LPA (M.D.N.C. June 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*